IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY DANIEL CASEY                                             PLAINTIFF

VS.                          NO. 5:08CV00022 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of March, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge